# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT
### 333 CONSTITUTION AVE., N.W.
### WASHINGTON, DC 20001-2866

**STEPHEN F. WILLIAMS**
UNITED STATES SENIOR CIRCUIT JUDGE

(202) 216-7210

August 14, 2007

Honorable Ortrie D. Smith
Chairman
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC   20544

Dear Judge Smith:

The additional information requested by your letter of August 10 is as follows:

1.   In Part VII, page 5, line 28, the mutual fund company is Vanguard.

2.   on Part VII, page 5, lines 29-33, the mutual fund company is Vanguard.

Sincerely

Stephen F. Williams

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Williams, Stephen F | U.S. Court of Appeals, DC Ci | 05/15/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge, Senior Sta | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Court of Appeals <br> 333 Constitution Avenue, NW <br> Washington, DC 20001 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE
2007 MAY 18 A 11: 31
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | DC Public Schools ▮ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. University of Colorado | Transportation, food and lodging to participate in Silicon Flatirons Program, University of Colorado, February 18-20, 2006, Boulder, CO. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust # 1 Chase Manhattan (J.P. Morgan mutual funds) N.1 | B | Int/Div | L | T | | | | | |
| 2. Dreyfus S&P 500 Fund | C | Dividend | M | T | | | | | |
| 3. Dreyfus S&P 500 Fund | D | Dividend | O | T | | | | | |
| 4. Fidelity OTC (IRA) | B | Dividend | M | 'T | | | | | |
| 5. Fidelity OTC (IRA) | B | Dividend | M | T | | | | | |
| 6. Vanguard Index 500 | C | Dividend | N | T | | | | | |
| 7. Vanguard Prime MM Fund | A | Dividend | J | T | | | | | |
| 8. Vangard Tax-Mgd Gr.&Inc. | B | Dividend | L | T | | | | | |
| 9. Vanguard Index 500 | D | Dividend | O | T | | | | | |
| 10. Vanguard Mid-Cap Index | D | Dividend | N | T | | | | | |
| 11. Vanguard Prime MM Fund | A | Dividend | J | T | | | | | |
| 12. Vanguard Mid-Cap Index | C | Dividend | N | T | | | | | |
| 13. Vanguard Selected Value | D | Dividend | M | T | | | | | |
| 14. Vanguard U.S. Value | C | Dividend | M | T | | | | | |
| 15. Vanguard Selected Value | D | Dividend | M | T | | | | | |
| 16. Vanguard U.S. Value | C | Dividend | M | T | | | | | |
| 17. Boulder, CO | A | Rent | O | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PNC Bank-successor to Riggs | A | Interest | K | T | | | | | |
| 19. TIAA CREF Ret. Annuities | D | Interest | Pl | T | | | | | |
| 20. Nestle | A | Dividend | K | T | | | | | |
| 21. Proctor & Gamble | A | Dividend | K | T | Char. Gift | 12/4 | J | | |
| 22. Questar | A | Dividend | K | T | | | | | |
| 23. Bank of America | B | Dividend | K | T | | | | | |
| 24. Schering Plough | A | Dividend | K | T | | | | | |
| 25. Trust No. 2, BNY (Hamilton Mutual Funds.) N. 2. | B | Dividend | L | T | | | | | |
| 26. Dreyfuss Int'l MM Fund | A | Dividend | J | T | | | | | |
| 27. Ishares Goldman Sachs Nat Res. Index Fund | A | Dividend | J | T | | | | | |
| 28. Prime Money Market N. 3 | B | Dividend | K | T | | | | | |
| 29. Growth Index | A | Dividend | K | T | | | | | |
| 30. 500 Index | C | Dividend | M | T | | | | | |
| 31. Mid-Cap Index | B | Dividend | M | T | | | | | |
| 32. Pacific Stock Index | B | Dividend | L | T | | | | | |
| 33. Total International Stock Index | B | Dividend | M | T | | | | | |
| 34. Vanguard Strategic Equity | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. This is a trust established by my ███████ of which I am a ███████████

2. This is a testamentary trust established by my ██████ of which I am the ██████████ and has the assets on this line and the next two lines.

3. The mutual funds listed in this item and the next six items are assets held by a testamentary trust established by my █████ of which I am the ████████████



## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████ Date 5/14/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544